## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| AT&T, INC., ) | Filed: |
| AT&T MOBILITY LLC, ) | |
| T-MOBILE USA, INC. ) | |
| and ) | |
| DEUTSCHE TELEKOM AG ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Sprint Nextel Corporation certify that to the best of my knowledge and belief, Sprint Nextel Corporation has no parent and is itself a publicly-held corporation. The following are subsidiaries or affiliate companies of Sprint Nextel Corporation which have any outstanding securities in the hands of the public:

- Clearwire Corporation
- iPCS, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated September 6, 2011

Respectfully submitted,

_____
Steven C. Sunshine (D.C. Bar No. 450078)
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
Steven.Sunshine@skadden.com

*Counsel for Sprint Nextel Corporation*