# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>AT&T INC., AT&T MOBILITY LLC, )<br>T-MOBILE USA, INC., and DEUTSCHE )<br>TELEKOM AG, )<br>)<br>*Defendants.* )<br>) | Case No. 1:11-cv-01600 (ESH) |

## **APPEARANCE OF COUNSEL – M. EVAN CORCORAN**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  T-Mobile USA, Inc. and Deutsche Telekom AG.


Dated: November 15, 2011

/s/ *M. Evan Corcoran*
M. Evan Corcoran (D.C. Bar No. 440027)
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
EMAIL: ecorcoran@wileyrein.com
TEL: 202.719.7113
FAX: 202.719.7049

## CERTIFICATE OF SERVICE

I, Michael C. Greene, senior legal assistant at Wiley Rein LLP, hereby certify that:

On the 15th day of November, 2011, I have caused service of a true and correct copy of the foregoing Notice of Appearance of M. Evan Corcoran to be made by electronic filing with the clerk of court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record.

Dated: November 15, 2011

Michael C. Greene