# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRINT NEXTEL CORPORATION, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01600-ESH |
| ) | |
| AT&T INC., et al., ) | |
| ) | |
| *Defendants.* ) | |
| CELLULAR SOUTH, INC., et al., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:11-cv-01690-ESH |
| ) | |
| AT&T INC., et al., ) | |
| ) | |
| *Defendants.* ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sprint Nextel Corporation, Cellular South, Inc., and Corr Wireless Communications, L.L.C., file

this stipulation of dismissal, signed by all the parties that have appeared, dismissing the above-captioned actions without prejudice.

Dated:  December 21, 2011.

Respectfully submitted:

| | FOR PLAINTIFFS: |
|---|---|
| */s/ Chong S. Park* | */s/ Steven C. Sunshine* |
| Chong S. Park (D.C. Bar No. 463050) | Steven C. Sunshine (D.C. Bar No. 450078) |
| Kenneth P. Ewing (D.C. Bar No. 439685) | Gregory B. Craig (D.C. Bar No. 164640) |
| Matthew Kepniss (D.C. Bar No. 490856) | Tara L. Reinhart (D.C. Bar No. 462106) |
| STEPTOE & JOHNSON LLP | SKADDEN, ARPS, SLATE, |
| 1330 Connecticut Avenue, N.W. |    MEAGHER & FLOM LLP |
| Washington, DC 20036-1795 | 1440 New York Avenue, N.W. |
| Tel: (202) 429-3000 | Washington, DC 20005-2111 |
| cpark@steptoe.com | Tel: (202) 371-7000 |
| | Steven.Sunshine@skadden.com |
| Alan W. Perry (*pro hac vice*) | Gregory.Craig@skadden.com |
| Daniel J. Mulholland (*pro hac vice*) | Tara.Reinhart@skadden.com |
| Walter H. Boone (*pro hac vice*) | |
| FORMAN PERRY WATKINS KRUTZ & | James A. Keyte (*pro hac vice*) |
|    TARDY LLP | Matthew P. Hendrickson (*pro hac vice*) |
| City Centre, Suite 100 | SKADDEN, ARPS, SLATE, |
| 200 South Lamar Street |    MEAGHER & FLOM LLP |
| Jackson, Mississippi 39201-4099 | 4 Times Square |
| Tel: (601) 969-7833 | New York, NY 10036-6522 |
| aperry@fpwk.com | Tel: (212) 735-3000 |
| | James.Keyte@skadden.com |
| Charles L. McBride, Jr. (*pro hac vice*) | Matthew.Hendrickson@skadden.com |
| Joseph A. Sclafani (*pro hac vice*) | |
| Brian C. Kimball (*pro hac vice*) | *Counsel for Sprint Nextel Corporation* |
| BRUNINI, GRANTHAM, GROWER & | |
|    HEWES, PLLC | |
| The Pinnacle Building, Suite 100 | |
| 190 East Capitol Street | |
| Jackson, Mississippi 39201 | |
| Tel: (601) 960-6891 | |
| cmcbride@brunini.com | |

*Counsel for Plaintiffs Cellular South, Inc. and*
   *Corr Wireless Communications, L.L.C.*

FOR DEFENDANTS:

*/s/ James R. Wade*
James R. Wade (No. 412538)
Richard A. Ripley (No. 412959)
Nora L. Whitehead (No. 988897)
HAYNES AND BOONE, LLP
1615 L Street, N.W.
Suite 800
Washington, D.C. 20036
Telephone: (202) 654-4500
Facsimile: (202) 654-4501
jim.wade@haynesboone.com
richard.ripley@haynesboone.com
nora.whitehead@haynesboone.com

A. Michael Warnecke
(*pro hac vice*)
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5659
Facsimile: (214) 200-0689
michael.warnecke@haynesboone.com

Mark C. Hansen (No. 425930)
Michael K. Kellogg (No. 372049)
Brendan J. Crimmins (No. 497273)
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mhansen@khhte.com
mkellogg@khhte.com
bcrimmins@khhte.com

*Counsel for AT&T Inc. and AT&T Mobility LLC*

*/s/ George S. Cary*
George S. Cary (No. 285411)
Mark W. Nelson (No. 442461)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile:  (202) 974-1999
GCary@cgsh.com
MNelson@cgsh.com

Richard G. Parker (No. 327544)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
RParker@omm.com

M. Evan Corcoran (No. 440027)
John B. Wyss (No. 199335)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
ecorcoran@wileyrein.com
jwyss@wileyrein.com

*Counsel for T-Mobile USA, Inc. and Deutsche Telekom AG*